# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00099(1)-ADA |
| | § | |
| (1) MICHAEL JOHN ANTHONY SOTO | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 22, 2025, wherein the defendant (1) MICHAEL JOHN ANTHONY SOTO waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MICHAEL JOHN ANTHONY SOTO to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) MICHAEL JOHN ANTHONY SOTO's plea of guilty to Counts One (1), Two (2), Three (3), Four (4), Five (5) and Six (6) is accepted.

Signed this 5th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE